# Exhibit B

# San Francisco County Jail Facility
## Prisoner Grievance Form

7/25/14

**Type of Grievance** (Place an X in the corresponding category)

___ Classification  ___ Jail Medical Services
___ Psych Services  ___ Food Services
___ Telephone       X   Other

Date / Time: 1300AM 1155
Facility: CJ4
Deputy / Staff Code: 1300AM
Log Number: I-04-14-002

**Prisoner's Name:** SCANVINSKI HYMES  **Jail #**  **Cell #** #1

**Grievance** (Please be specific: time, date, etc.) ON ___ I was subjected to numerous assaults under the direction of Sgts Bliss and Sanchez. I was placed in handcuffs and leg irons and was then kicked and punched in every part of my body. To the point I had to go to ___. My injuries are not consistent with me resisting like they claim. Also I've been threatened to be assaulted superiors ___

**Prisoner's Signature** Scanvinski Hymes

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature**

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

Signature: ___  Date: ___
Prisoner's Signature: ___  ☐ Satisfied With Response  ☐ Prisoner Appeal

**Supervisor's response:** I spoke to Mr. Hymes. He said he submitted this grievance to exhaust his local remedies. He feels the force was excessive, and wants to refer the issue to his attorney. He also wants an I.A. investigation as well. I will refer to ISU.

Signature: LT. ___ #1435  Date: 7/26/14
Prisoner's Signature: Scanvinski Hymes  ☒ Satisfied With Response  ☐ Prisoner Appeal

**Facility Commander response:** As we discussed in my interview with you, this incident will be forwarded for review in terms of the level of force ___ you committed to me that you would be less antagonistic towards inmates and staff. In 30 days I will review all discipline issued ___

Signature: Captain Adams #5166  Date: 7/29/14  ☒ Upheld Grievance Response

ORIGINAL (Facility Copy)  YELLOW (Response To Prisoner)  Pink (Prisoner Copy)

000102