```
DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
RENÉE E. ROSENBLIT, State Bar #304983
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3853
Facsimile:    (415) 554-3837
E-Mail:       renee.rosenblit@sfcityatty.org

Attorneys for Defendants
MILTON BLISS, et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>    Plaintiff,<br><br>vs.<br><br>MILTON BLISS, et al.<br><br>    Defendants. | Case No. 16-cv-04288 JSC<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING**<br><br>Hearing Date:  November 1, 2018<br>Time:          9:00 a.m.<br>Place:         450 Golden Gate Avenue<br>               Courtroom F, 15th Floor<br>               San Francisco, CA 94102<br><br>Trial Date:    December 3, 2018 |

**MANUAL FILING NOTIFICATION**

Regarding:  EXHIBIT H TO THE DECLARATION OF RENÉE E. ROSENBLIT filed in support of Defendants' Motion for Summary Judgment:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

///

1. This filing was not e-filed for the following reason(s):
2. [_] Voluminous Document (PDF file size larger than the e-filing system allows)
3. [_] Unable to Scan Documents
4. [_] Physical Object (description): _____
5. [x] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
6. [_] Item Under Seal
7. [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
8. [_] Other (description): High Quality Photograph.

Dated: September 21, 2018

                              DENNIS J. HERRERA
                              City Attorney
                              CHERYL ADAMS
                              Chief Trial Deputy
                              RENÉE E. ROSENBLIT
                              Deputy City Attorney

                           By:   */s/ Renee E. Rosenblit*
                              RENÉE E. ROSENBLIT

                              Attorneys for Defendants
                              MILTON BLISS, et al.

## **PROOF OF SERVICE**

I, ANNAMARIE DAVIS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On September 21, 2018, I served the following document:

**DEFENDANTS' NOTICE OF MANUAL FILING
EXHIBIT H TO THE DECLARATION OF RENEE E. ROSENBLIT**

on the following persons at the locations specified:

| | |
|---|---|
| Glenn Katon, Esq.<br>Katon Law<br>385 Grand Avenue, Suite 200<br>Oakland, CA 94610<br>*gkaton@katon.law* | Caitlin Kelly Henry, Esq.<br>Attorney at Law<br>1201 Martin Luther King Jr. Way, Suite 200<br>Oakland, CA 94612<br>*ckh@caitlinkellyhenry.com* |
| Attorney for Plaintiff | Attorney for Plaintiff |
| (510) 463-3350 (Telephone)<br>(510) 463-3349 (Facsimile) | (510) 277-2025 (Telephone) |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 21, 2018, at San Francisco, California.

*/s/  Annamarie Davis*
ANNAMARIE DAVIS