# EXHIBIT A

Case Calendar

Contact Us

### THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

## Case Calendar

Search by Date

Search by Name

Search for Criminal Cases by Case Number

Select the **Case Type** and enter the **Party Name** and then click **Search**.

Enter the name of the party to search for. To search for an individual by first and last name, enter *lastname, firstname*.

| Case Type: | Criminal |
|---|---|
| Party Name: | neu, scott |

[ Search ]

Show [10] entries                                                                                          Search: [_____]

| Case Number | Case Title | Purpose | Location | Dept | Date | Time |
|---|---|---|---|---|---|---|
| 16004103 | NEU, SCOTT R | PRETRIAL | 850 BRYANT ST | 10 | 2018-12-14 | 09:00 AM |

Showing 1 to 1 of 1 entries                                                          Previous   | 1 |   Next

PrevNext

October 2018

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |