UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>Plaintiff,<br>v.<br>MILTON BLISS, VICTOR M. SANCHEZ, JOSEPH A. LEONARDINI, SCOTT NEU, EUGENE A. JONES, PAUL TIMPANO, PIERRE A. GRAY,<br><br>Defendants. | Case No. 3:16-cv-04288-JSC<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT SCANVINSKI JEROME HYMES (#14673187)** |

SCANVINSKI JEROME HYMES (#14673187), a necessary and material witness on his own behalf in trial in this matter commencing on December 3, 2018, is in the custody of the San Francisco Sheriff, confined at the jail at 850 Bryant Street, San Francisco, CA 94103. In order to secure Hymes' attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce him before U.S. Magistrate Judge Jacqueline Scott Corley at the U.S. District Court, December 3, 2018 at 8:30 a.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, until such time as the trial is concluded by Judge Corley.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: San Francisco Sheriff, 850 Bryant Street, San Francisco, CA 94103:**
**WE COMMAND** you to produce SCANVINSKI JEROME HYMES, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, until such time as the trial is concluded by U.S. Magistrate Judge Sallie Kim.
**FURTHER**, SCANVINSKI JEROME HYMES is to appear at trial without restraints and in civilian attire; you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED this _____ day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE