DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
RENÉE E. ROSENBLIT, State Bar #304983
BRIGGS MATHESON, State Bar #291287
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3853 (Rosenblit)
Telephone:    (415) 553-3919 (Matheson)
Facsimile:    (415) 554-3837
Email:        renee.rosenblit@sfcityatty.org
Email:        briggs.matheson@sfcityatty.org

Attorneys for Defendants
MILTON BLISS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MILTON BLISS, et al.<br><br>　　　　Defendants. | Case No. 16-cv-04288 JSC<br><br>**PARTIES' ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER**<br><br>Trial Date:　December 3, 2018<br>Judge:　　　Honorable Jacqueline Scott Corley |

   Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, plaintiff and defendants seek an order from the Court directing the Federal Marshal and/or Federal Security Services to allow the parties to bring into the Federal Courthouse the following for use at trial in the above-referenced matter:

   1. Laptop computers;

   2. VGA Extension Box;

   3. Extension cords, power cords, and other necessary cables and cords;

   4. Additional monitors;

1. 5. Speakers for use with laptop;
2. 6. Wireless laser pointer;
3. 7. A table for presentation equipment;
4. 8. Projector;
5. 9. Easel; and
6. 10. Food and drink.

The parties join in this request.

Dated: November 16, 2018

                            DENNIS J. HERRERA
                            City Attorney
                            CHERYL ADAMS
                            Chief Trial Deputy
                            RENÉE E. ROSENBLIT
                            Deputy City Attorney

                         By: */s/ Renee E. Rosenblit*
                              RENÉE E. ROSENBLIT

                            Attorneys for Defendants
                            MILTON BLISS, et al.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the administrative motion is GRANTED.  The Court Orders the United States Marshals Service and/or Federal Security Services to allow the following equipment through security:

1. Laptop computers;
2. VGA Extension Box;
3. Extension cords, power cords and other necessary cords;
4. Additional monitors;
5. Speakers for use with laptop;
6. A table for presentation equipment;
7. Projector;
8. Easel; and
9. Food and drink.

IT IS SO ORDERED.

Dated: _____          _____
                                                                        HONORABLE JACQUELINE SCOTT CORLEY
                                                                        United States Magistrate Judge