DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
RENÉE E. ROSENBLIT, State Bar #304983
BRIGGS MATHESON, State Bar #291287
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3853 [Rosenblit]
Telephone:    (415) 554-3919 [Matheson]
Facsimile:    (415) 554-3837
Email:        renee.rosenblit@sfcityatty.org
Email:        briggs.matheson@sfcityatty.org

Attorneys for Defendants
MILTON BLISS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MILTON BLISS, et al.<br><br>　　　　Defendants. | Case No. 16-cv-04288 JSC<br><br>**ADMINISTRATIVE REQUEST TO REMOVE AND REPLACE DOCUMENT NUMBER 130 FROM DOCKET; DECLARATION OF BRIGGS MATHESON; [PROPOSED] ORDER**<br><br>Trial Date:　　　　December 3, 2018 |

1  Pursuant to Civil Local Rules 79-5(b) and 7-11, defendants bring this Administrative Request to Remove Document No. 130 from the docket in this action so that it is no longer accessible to the public through the Court's Electronic Case Filing and PACER systems.  Document No. 130 was intended to contain an exhibit filed under seal, but through counsel's staff's inadvertence, an unredacted version was electronically filed in error.  Defendants are filing concurrently with this request a corrected version of Docket No. 130 along with an Administrative Motion to file the exhibit at issue under seal.

Dated:  November 21, 2018

                        DENNIS J. HERRERA
                        City Attorney
                        CHERYL ADAMS
                        Chief Trial Deputy
                        RENÉE E. ROSENBLIT
                        BRIGGS MATHESON
                        Deputy City Attorneys

                  By:  */s/ Briggs Matheson*
                        BRIGGS MATHESON

                        Attorneys for Defendants
                        MILTON BLISS, et al.

## DECLARATION OF BRIGGS MATHESON

I, Briggs Matheson, declare as follows:

1. I am a Deputy City Attorney in the San Francisco City Attorney's Office, and counsel for the Defendants in the above-captioned matter.

2. I have personal knowledge of the contents of this declaration and could and would testify competently thereto if called upon to do so.

3. On November 13, 2016, Defendants filed the Declaration of Renee Rosenblit in Support of Defendants' Motions in Limine (Docket No. 130).

4. Due to counsel's inadvertence, Exhibit I to the Rosenblit Declaration was not filed under seal.

5. Defendants are filing concurrently with this administrative request an administrative motion to file a corrected version of the Rosenblit Declaration with Exhibit I thereto under seal. Defendants are also filing concurrently with this administrative request a corrected version of Docket No. 130, with a public version of Exhibit I to the Rosenblit Declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 21, 2018 at San Francisco, California.

                                         */s/ Briggs Matheson*
                                         BRIGGS MATHESON

**ORDER**

FOR GOOD CAUSE SHOWN, the Court grants Defendants' Motion to Remove Incorrectly Filed Docket No. 130 from the docket.


Dated: _____          _____
                                     HONORABLE JACQUELINE SCOTT CORLEY
                                     United States Magistrate Judge