1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | RENÉE E. ROSENBLIT, State Bar #304983
BRIGGS MATHESON, State Bar #291287
4 | Deputy City Attorney
Fox Plaza
5 | 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
6 | Telephone:   (415) 554-3853 [Rosenblit]
Telephone:   (415) 553-3919 [Matheson]
7 | Facsimile:    (415) 554-3837
Email:          renee.rosenblit@sfcityatty.org
8 | Email:          briggs.matheson@sfcityatty.org

9 | Attorneys for Defendants
MILTON BLISS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>Plaintiff,<br><br>vs.<br><br>MILTON BLISS, et al.<br><br>Defendants. | Case No. 16-cv-04288-JSC<br><br>**DECLARATION OF BRIGGS MATHESON IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 1**<br><br>Hearing Date:   November 29, 2018<br>Time:              2:30 p.m.<br>Place:             450 Golden Gate Avenue<br>                       Courtroom F, 15th Floor<br>                       San Francisco, CA 94102<br><br>Trial Date:      December 3, 2018 |

I, Briggs Matheson, declare as follows:

1. I am a Deputy City Attorney in the San Francisco City Attorney's Office and counsel for Defendants in the above captioned matter. As such, I am familiar with this litigation and make this declaration of my own personal knowledge, and if called upon, could testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Trial Exhibit 103, the San Francisco Sheriff's Department Officer Safety Alert.

3. Attached hereto as **Exhibit B** is a true and correct copy of Trial Exhibit 104, the San Francisco Sheriff's Department Classifications Unit Officer Safety Bulletin.

4. Attached hereto as **Exhibit C** is a true and correct copy of Trial Exhibit 106, a copy of Plaintiff Scanvinski Hymes' Field Arrest Card.

5. Attached hereto as **Exhibit D** is a true and correct copy of clips excerpted from Trial Exhibit 116, the video from MSNBC "Lockup" featuring plaintiff.

6. Attached hereto as **Exhibit E** is a is a true and correct copy of the cited portions of the deposition of Plaintiff Scanvinski Hymes.

7. Attached hereto as **Exhibit F** is a true and correct copy of the cited portions of the deposition of Defendant Milton Bliss.

8. Attached here to as **Exhibit G** is a true and correct copy of the cited portions of the deposition of Defendant Scott Neu.

9. Attached hereto as **Exhibit H** is a true and correct copy of the cited portions of the deposition of Defendant Pierre Gray.

10. Attached hereto as **Exhibit I** is a true and correct copy of the cited portions of the deposition of Paul Timpano.

11. Attached hereto as **Exhibit J** is a true and correct copy of the cited portions of the deposition of Sgt. Joseph Leonardini.

\\
\\
\\
\\

12. Attached hereto as **Exhibit K** is a true and correct copy of the cited portions of the deposition of Lt. Victor Sanchez.

13. Attached hereto as **Exhibit L** is a true and correct copy of the medical expert opinion report of Dr. George Oldham.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of November 2018, at San Francisco, California.


                                         */s/ Briggs Matheson*
                                          BRIGGS MATHESON