# Exhibit A



**SHERIFF**   07-22-2014  OFFICER SAFETY BULLETIN

## OFFICER SAFETY ALERT

**LAST NAME:** HYMES
**FIRST NAME:** SCANVINSKI
**SF#:** [Redacted]
**JAIL#:** [Redacted]
**CII#:** [Redacted]
**FBI#:** [Redacted]
**DATE OF BIRTH:** 02-15-1970
**ARREST DATE/TIME:** Jul 22 2014 12:00AM
**SEX:** MALE
**RACE:** BLACK
**HEIGHT:** 5'10"
**WEIGHT:** 168
**HAIR COLOR:** BLACK
**HAIR LENGTH:** EAR
**EYE COLOR:** BROWN
**FACIAL HAIR:** MUSTACHE ONLY
**CHARGES:** 664-187



While at San Quentin, I/m Hymes is always housed in the Adjustment Center (Ad Seg) and also East Block, which is typically death row housing but they also house the Ad Seg inmates that are too violent for regular Ad Seg. He has a hx of being assaultive to other inmates.

Pelican Bay stated I/m Hymes is an Officer Safety issue. He has a hx of being assaultive to Correction Officers there. There have been a few CO's that have had to retire due to injuries caused by Hymes. He is known to spit, head butt and kick officers. He is known to kick the side of the knee to take the knee out completely. He acts out when bored and seems to like getting a rise out of the Officers. He is always housed in their SHU unit.

<u>He will be Ad-Seg MR-4 Dress in Red when in our custody.</u>

### NEVER SACRIFICE SAFETY FOR CONVENIENCE!

**CLASSIFICATIONS UNIT – SAN FRANCISCO SHERIFF'S DEPARTMENT**

**ROSS MIRKARIMI, SHERIFF**



**SHERIFF** 07-22-2014  OFFICER SAFETY BULLETIN

**CLASSIFICATIONS UNIT – SAN FRANCISCO SHERIFF'S DEPARTMENT**

**ROSS MIRKARIMI, SHERIFF**

Highly Confidential

CCSF_HYMES_000573