# Exhibit B

# San Francisco Sheriff's Department Classification Unit

# Officer Safety Bulletin: Gang Update

Date:  07/23/2014



Additional Information: Inmate Scanvinski Hymes CDCR Classification point scale is over 2000. The average CDCR inmate is 26 to 100 (56 and above is a Level 4) He received 30 Felony charges while in the custody of CDCR. Hymes tactics include forced cell extractions to injure staff, compliant while being uncuffed or leg shackled then assaulting staff.

*Never Sacrifice Safety for Convenience!*

Highly Confidential