# Exhibit C

## San Francisco Field Arrest Card

**SFPD BOOKING #:** A14-411?

10 605 118   1/21/18   E5

| Field | Value |
|---|---|
| Last Name | HYMES |
| First Name | SCANVINSKI |
| Middle Name | J |
| Alias | SPOON |
| DV Related | No (Yes crossed) |
| Date of Arrest | 7/21/14 |
| Time of Arrest | 1831 Hrs. |
| Residence Address | NO LOCAL |
| Booking Counter Search | |
| Unit / Agency | E38/SFPD |
| Location of Arrest | LARKIN/O'FARRELL |
| A# / Star # | 08062/4218 |
| Reason Not Cited | 9 |

**Prior to Booking:** ( ) Resister ( ) Biter ( ) Spitter
**Comment:**
**Use of Force Prior to Booking:** ( ) Carotid ( ) OC Spray ( ) Less Than Lethal
**Any Property Booked From Incident:** Yes (No crossed)
**Gender:** M (F)
**RACE:** (X) Black ( ) White ( ) Unknown ( ) Asian / Pacific Islander ( ) American Indian / Alaskan

**CWB Check:** TAN86   **Star #:** 99
**Global Subject #:**

**Arresting Officer:** VALENTINI   **A# / Star #:** 1126
**Arresting Officer:** 
**Supervisor:** SGT. WONG   **A# / Star #:** 1915

**Citizen:** ( ) Yes ( ) No  **Country:**
**Medical Assessment Prior to Booking (Comment if yes):** LASS  SGK FACE

**Ethnic Origin (Write In):**

**Medical Triage:** ( ) Cleared ( ) Refused
JHS ____
Hrs ____

**P & P (E – 16) Strip Search OK** ✓
**Not Eligible for Strip Search** ( )

**Checked By (A # / Star #):** 1255
**Searching Deputy:**

### Notifications

**Name:**
**Phone #:**
**Relationship (check one):** ( ) Officer ( ) Parole ( ) Probation
**Remarks:** MR4 RED
**Remarks:**

| Charge | Code | Check if Attempt | F/M/I |
|---|---|---|---|
| Charge 1 | N/W 245(a)(1) PC | ☐ | F |
| Charge 2 | N/W 664/187 PC | ☐ | F |
| Charge 3 | N/W 422 PC | ☐ | F |
| Charge 4 | N/W 646.9 PC | ☐ | F |

**Name: Last, First:**
**Sub-Codes:** VD ASL  USE CAUTION
**Class Level:** MAX

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_HYMES_000666

| Property / Clothing | I.D. Processing | JHS Screen | JPS Screen | OR Screen | Class ___ |
|---|---|---|---|---|---|
| Rack # ___ | Date JUL 22 20__ | Date __/__/__ | Date __/__/__ | Date __/__/__ | Date ___ |
| Bin # ___ | Time: 11:50 Hours | Time: ___ Hours | Time: ___ Hours | Time: ___ Hours | Time: ___ Hours |
| | | | | | Housed at: ___ |
| Deputy / Star # | I.D. Tech's Name [signature] | Staff Name  JPS Ref. Y / N | Staff Name | Staff Name | Screened By |

Medical Sticker

Arrest History: BAT. PRISONER, RESIST, WPN, THFT, DV, VAND, 594 ⊕, 166 ⊕,
CDC # E009448        Classified By: LOU FAS # 1500

| | Date Housed | |
|---|---|---|
| | Housing Loc. | |
| | Court Date | 4/22 5/31 7 6 2/0 |
| | Court Dept. | 20    20    6 3/2 |

Date __/__/__  Comments:                                          Star #

7/22/14 Sign out of Safety Cell, House Per Class — JPS AP
LONG CDC HX. WPN BAT DV PRISONER AND ASSAULTS TO
STAFF. USE EXTREME CAUTION WHEN DEALING WITH
THIS INMATE.                                      [signature]

| | DNA eligible | (X) Yes  ( ) No |
|---|---|---|
| | DNA collected | ( ) Date: __/__/__ |
| | DNA on file | (X) Yes  ( ) No |
| | Deputy: Initial ___ Star # 1509 |

| Moved from Intake | PID | Releasing Staff | Right Index Intake Print | Right Index Release Print |
|---|---|---|---|---|
| Date __/__/__ | [ ] Hit   [ ] No Hit | Date __/__/__ | | |
| Time: ___ Hours | | Time: ___ Hours | | |
| Movement Deputy | Release Deputy | | | |

SFPD Telephone Call Record

| Star # | Initial | Date | Time | Completed Yes / No | Authority For Release |
|---|---|---|---|---|---|
| | | | | | CJ3 Deputy  Star# (Central Records) |
| | | | | | CJ1 Deputy  Star# (Intake & Release) |

JUV HX: QUES, DEMO, VFN, VN, USRG, BAT-PO, WPN, RESIST, THFT, NRSA...

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_HYMES_000667

# San Francisco Field Arrest Card

SFSD BOOKING #: 

SFPD BOOKING #: A14-411

CASE #: 140606243

Last Name: HYMES

First Name: SCANVINSKI

Middle Name: 

DOB: [redacted]

Alias: 

DV Related: Yes [ ] No [ ]

Date of Arrest: 7, 21, 2014

Time of Arrest: 1831 Hrs.

Residence Address: NO LOCAL

Booking Counter Search: 

Unit / Agency: 3E38/SFPD

Location of Arrest: LARKIN ST / OFARRELL

A#/Star#: A08062/4218

Reason Not Cited: 

CWB Check: TANG   Star#: 99

Prior to Booking: ( ) Resister  (✓) Biter  ( ) Spitter

Comment: 

Any Property Booked From Incident: Yes [ ] No [ ]

Gender: M [✓] F [ ]

RACE (check one):
[✓] Black  ( ) White  ( ) Unknown
( ) Asian / Pacific Islander
( ) American Indian / Alaskan

Global Subject #: 

Use of Force Prior to Booking:
( ) Carotid  ( ) OC Spray  ( ) Less Than Lethal

Arresting Officer: GUINEY   A#/Star#: A08073 / 543

Citizen: (✓) Yes  ( ) No   Country: 

Ethnic Origin (Write In): UNK

Arresting Officer: BYRNE   A#/Star#: A08062 / 4218

Medical Assessment Prior to Booking (Comment if yes): 

Medical Triage
( ) Cleared  ( ) Refused
JHS _____
Hrs _____

Supervisor: BATCHELDER   A#/Star#: A07835 / 4031

Notifications: 

Charge 1: WARR# 3137151 9MEJ
OFF: DANGEROUS DRUGS
ORI: DEAT0000 BR USMS

Check if Attempt [ ]

F/M/I: F

P & P (E-16) Strip Search OK [✓]
Not Eligible for Strip Search ( )

Charge 2: 

Check if Attempt [ ]

Name: 
Phone #: 
Relationship (check one):
( ) Officer  ( ) Parole  ( ) Probation

Charge 3: 

1255
Checked By (A # / Star #): 

Remarks: 

Charge 4: 

Searching Deputy: 

Photo Here

Name: Last, First: HYMES, SCANVINSKI

Sub-Codes: 

Class Level: 

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_HYMES_000668

| Property / Clothing | I. D. Processing | JHS Screen | JPS Screen | OR Screen | Class Screening |
|---|---|---|---|---|---|
| Rack # _____ | Date JUL 2 3 2014 | Date __/__/__ | Date __/__/__ | Date __/__/__ | Date __/__/__ |
| Bin # _____ | Time: 11:30 Hours | Time: _____ Hours | Time: _____ Hours | Time: _____ Hours | Time: _____ Hours |
|  | RW |  |  |  | Housed at: _____ |
| Deputy / Star # | I.D. Tech's Name | Staff Name  JPS Ref. Y / N | Staff Name | Staff Name | Screened By |

| Medical Sticker | Arrest History: | | Date Housed | |
|---|---|---|---|---|
| | | | Housing Loc. | |
| | CDC # _____ | Classified By: _____ | Court Date | 9/7 |
| | Date: __/__/__   Comments: | Star # | Court Dept. | 22 |

DNA eligible ( ) Yes ( ) No
DNA collected ( ) Date: __/__/__
DNA on file ( ) Yes ( ) No
Deputy: Initial _____ Star # _____

| Moved from Intake | PID | Releasing Staff | Right Index Intake Print | Right Index Release Print |
|---|---|---|---|---|
| Date __/__/__ | ☐ Hit   ☐ No Hit | Date __/__/__ | | |
| Time: _____ Hours | | Time: _____ Hours | | |
| Movement Deputy | Release Deputy | Authority For Release | | |

SFPD Telephone Call Record

| Star # | Initial | Date | Time | Completed Yes | No |
|---|---|---|---|---|---|

CJ3 Deputy _____ Star#
(Central Records)

CJ1 Deputy _____ Star#
(Intake & Release)

SFSD / SFPD FA 03/2009

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_HYMES_000669

# San Francisco Field Arrest Card

| Field | Value |
|---|---|
| SFSD BOOKING # | |
| SFPD BOOKING # | A14-411 |
| CASE # | 140-578-909 |
| Last Name | HYMES |
| First Name | SCANVINSKI |
| Middle Name | J |
| DOB | (redacted) |
| Alias | |
| DV Related | No (X) |
| Date of Arrest | 7, 21, 14 |
| Time of Arrest | 1930 Hrs. |
| Residence Address | NO LOCAL |
| Booking Counter Search A#/Star# | 08062/4218 |
| Unit/Agency | 5W113/SFPD |
| Location of Arrest | 766 VALLEJO |
| Reason Not Cited | 9 |
| CWB Check Star # | TANG 99 |
| Prior to Booking | ( ) Resister  ( ) Biter  ( ) Splitter |
| Comment | |
| Use of Force Prior to Booking | ( ) Carotid  ( ) OC Spray  ( ) Less Than Lethal |
| Any Property Booked From Incident | Yes (X No) |
| Gender | (X) M  F |
| RACE | (X) Black  ( ) White  ( ) Unknown  ( ) Asian/Pacific Islander  ( ) American Indian/Alaskan |
| Global Subject # | |
| Arresting Officer | SGT. HUTCHINGS |
| A#/Star # | 904 |
| Citizen | (X) Yes  ( ) No  Country: |
| Medical Assessment Prior to Booking | |
| Ethnic Origin | |
| Supervisor | SGT HUTCHINGS |
| A#/Star # | 904 |
| Charge 1 | 273.5 PC |
| Check If Attempt | ☐ |
| F/M/I | F |
| Medical Triage | ( ) Cleared  ( ) Refused  JHS ___  Hrs ___ |
| Notifications | |
| Charge 2 | 422 PC |
| Check If Attempt | ☐ |
| F/M/I | F |
| P & P (E-16) Strip Search OK (No) Not Eligible for Strip Search ( ) | |
| Name: Phone # Relationship (check one) ( ) Officer ( ) Parole ( ) Probation | |
| Charge 3 | |
| Remarks | |
| Checked By (A#/Star#) | 1255 |
| Charge 4 | |
| Searching Deputy | |
| Name: Last, First | |
| Sub-Codes | |
| Class Level | |

Photo Here

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_HYMES_000670

| Property / Clothing | I. D. Processing | JHS Screen | JPS Screen | OR Screen | Class Screening |
|---|---|---|---|---|---|
| Rack # _____ | Date ___/___/___ | Date ___/___/___ | Date ___/___/___ | Date ___/___/___ | Date ___/___/___ |
| Bin # _____ | Time: JUL 22 2014  1630 Hours | Time: _____ Hours | Time: _____ Hours | Time: _____ Hours | Time: _____ Hours |
| | RW | | | | Housed at: _____ |
| Deputy / Star # | I.D. Tech's Name | Staff Name  JPS Ref. Y / N | Staff Name | Staff Name | Screened By |

Medical Sticker

Arrest History:

CDC # _____   Classified By: _____

Date ___/___/___   Comments:   Star # _____

| | |
|---|---|
| Date Housed | |
| Housing Loc. | |
| Court Date | |
| Court Dept. | |
| DNA eligible | ( ) Yes  ( ) No |
| DNA collected | ( ) Date: ___/___/___ |
| DNA on file | ( ) Yes  ( ) No |
| Deputy: Initial _____ Star # _____ | |

| Moved from Intake | PID | Releasing Staff | Right Index Intake Print | Right Index Release Print |
|---|---|---|---|---|
| Date ___/___/___ | ☐ Hit   ☐ No Hit | Date ___/___/___ | | |
| Time: _____ Hours | | Time: _____ Hours | | |
| Movement Deputy | Release Deputy | Authority For Release _____ | | |

SFPD Telephone Call Record

| Star # | Initial | Date | Time | Completed Yes | No |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

CJ3 Deputy _____ Star# _____
(Central Records)

CJ1 Deputy _____ Star# _____
(Intake & Release)

SFSD / SFPD.FA 09/2009

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER**

CCSF_HYMES_000671

# San Francisco Field Arrest Card

| Field | Value |
|---|---|
| SFSD BOOKING # | |
| CASE # | 140·605·637 |
| SFPD BOOKING # | A14-411 |
| Last Name | HYMES |
| First Name | SCANVINSKI |
| Middle Name | J |
| DOB | [redacted] |
| Alias | |
| DV Related | Yes [x] No |
| Date of Arrest | 7, 21, 14 |
| Time of Arrest | 1930 Hrs. |
| Residence Address | NO LOCAL |
| Booking Counter Search A#/Star# | 08062/4218 |
| Unit/Agency | 5W113 / SFPD |
| Reason Not Cited | 9 |
| Location of Arrest | 766 VALLEJO |
| CWB Check | TANG  Star# 99 |
| Prior to Booking | ( ) Resister  ( ) Biter  ( ) Spitter |
| Comment | |
| Any Property Booked From Incident | Yes [x] No |
| Gender | [x] M  [ ] F |
| RACE | [x] Black  ( ) White  ( ) Unknown  ( ) Asian/Pacific Islander  ( ) American Indian/Alaskan |
| Global Subject # | |
| Use of Force Prior to Booking | ( ) Carotid  ( ) OC Spray  ( ) Less Than Lethal |
| Arresting Officer | SGT HUTCHINGS  A#/Star# 904 |
| Citizen | [x] Yes  ( ) No  Country: |
| Medical Assessment Prior to Booking | |
| Ethnic Origin | |
| Medical Triage | 2 |
| Supervisor | SGT HUTCHINGS  A#/Star# 904 |
| Charge 1 | 273.5 PC  F |
| Cleared/Refused | Cleared  JHS ewn 7-21-14  Hrs 2232 |
| Charge 2 | 422 PC  F |
| P&P (E-16) Strip Search OK | [x]  Not Eligible for Strip Search ( ) |
| Charge 3 | 244 PC  F |
| Checked By (A#/Star#) | 1255 |
| Searching Deputy | SC4 |
| Charge 4 | |
| Name, Last, First | |
| Sub-Codes | |
| Class Level | |

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_HYMES_000672

| Property / Clothing | I. D. Processing | JHS Screen | JPS Screen | OR Screen | Class Screening |
|---|---|---|---|---|---|
| Rack # _____ | Date JUL 22 2014 | Date 7-22-14 | Date __/__/__ | Date __/__/__ | Date __/__/__ |
| Bin # _____ | Time: 11:54 Hours | Time: 1137 Hours | Time: ____ Hours | Time: ____ Hours | Time: ____ Hours |
| | | | | | Housed at: _____ |
| Deputy / Star # | I.D. Tech's Name | Staff Name  JPS Ref. Y / N (circled) | Staff Name | Staff Name | Screened By |

| Medical Sticker | Arrest History: | | | Date Housed | |
| | CDC # _____ | Classified By: _____ | | Housing Loc. | |
| | | | | Court Date | |
| | Date: __/__/__ | Comments: | Star # | Court Dept. | |

* STATED @ TRIAGE WHEN HE GETS UPSTAIRS HE IS GOING TO TRY AND GET A DEATH PENALTY CASE — #1285

7/22/14 ARGUMENTATIVE AND VERBALLY ABUSIVE WHEN ASKED TO RESPOND. 1730 P

DNA eligible ( ) Yes ( ) No
DNA collected ( ) Date: __/__/__
DNA on file ( ) Yes ( ) No
Deputy: Initial _____ Star # _____

| Moved from Intake | PID | Releasing Staff | Right Index Intake Print | Right Index Release Print |
|---|---|---|---|---|
| Date __/__/__ | ☐ Hit   ☐ No Hit | Date __/__/__ | [redacted] | |
| Time: ____ Hours | | Time: ____ Hours | | |
| Movement Deputy | Release Deputy | | | |

**SFPD Telephone Call Record**

| Star # | Initial | Date | Time | Completed Yes / No |
|---|---|---|---|---|

Authority For Release

CJ3 Deputy _____ Star # _____
(Central Records)

CJ1 Deputy _____ Star # _____
(Intake & Release)

SFSD / SFPD FA 09/2009

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**
**SUBJECT TO FEDERAL PROTECTIVE ORDER**

CCSF_HYMES_000673

# San Francisco Sheriff's Department Housing Activity Card – Front side

| Date | Prisoner name: SCANVINSKI HYNES | Jail # | Name or star # |
|---|---|---|---|
| 7/22/14 | OFFICER SAFETY MAY DRESS IN RED. LONG VIOLENT CRIMINAL Hx. Hx OF ASSAULTS ON INMATES AND OFFICERS. Hx OF ADSEG AND SHU HOUSING IN CDCR, UNABLE TO HOUSE GP. Hx OF KICKING BITING STAFF, SPITTING, HEAD BUTTING WHEN FRUSTRATED. HAS INJURED MULTIPLE CDCR OFFICERS CAUSING THEM TO RETIRE MEDICALLY. | | #1988 |

Housing location and court information continued from Field Arrest Card

| Date housed | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Housing Loc. | | | | | | | | | | | | | | |
| Court Date | 3/1 | 4/7 | 3/2 | 4/19 | 6/22 | 5/8 | 6/14 | 7/20 | 9/5 | 11/8 | 10/5 | 12/20 | 1/9/17 | 1/17 2/9 4/6 |
| Court Dept. | 20 | 20 | 22 | 22 | 22 | 20 | 20 | 22 | 22 | 18 | 20 | 18 | 20 | 18 16 20 |

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER**

CCSF_HYMES_000674

| Date | Prisoner name: | Jail # | Name or star # |
|---|---|---|---|
| 7/24/14 | INMATE HYMES THREATENED TO SHANK, THROW FECES ON AND SPIT ON ALL WHITE DEPUTIES. HYMES BROUGHT SALIVA INTO HIS MOUTH AND ATTEMPTED TO SPIT ON ME. I PEPPER SPRAYED HIM IN THE FACIAL AREA. HYMES REFUSED TO BE HANDCUFFED. HYMES WAS EXTRACTED BY A SORT TEAM, SEEN MEDICALLY AND SENT TO MCH. | 1452 | |
| 9-25-14 | Move from 5C. House per class. N3 white JPS | | |

Continued from other side of this card

| Date housed | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Housing Loc. | | | | | | | | | | | | | |
| Court Date | 7/28 | | | | | | | | | | | | |
| Court Dept. | 22 | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_HYMES_000675

**San Francisco Sheriff's Department Housing Activity Card – Front side**

| Date | Prisoner name: SCAVINSKI, HYMES | Jail # | Name or star # |
|---|---|---|---|
| 5/7/15 | EAR BUDS REPLACED (HEADPHONES) | | 1939 |
| 6/6/15 | I/M WAS NOTIFIED TODAY THAT HIS BROTHER A DRAL TICER PASSED AWAY. HYMES WAS ALLOWED TO CALL HIS FAMILY AND STATED THAT HE WAS OKAY. OFFERED TO CALL JPS FOR HIM BUT HE DECLINED THE OFFER. | | #1418 |
| 7/4/15 | REFUSED DENTAL CALL AT 0815 HRS ASKED TWICE, REFUSED BOTH TIMES. | | 1819 |

Housing location and court information continued from Field Arrest Card

| Date housed | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Housing Loc. | | . | | | | | | | | | | | |
| Court Date | 12/9 | | | | | | | | | | | | |
| Court Dept. | 20 | | | | | | | | | | | | |

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**
**SUBJECT TO FEDERAL PROTECTIVE ORDER**

CCSF_HYMES_000676

| Date | Prisoner name: | Jail # | Name or star # |
|---|---|---|---|
| 8/21/15 | GIVEN LAW LIBRARY TIME | | #1418 |
| 8/22/15 | YELLING THAT HE KNOWS WHERE DEPUTY NEU LIVES IN OAKLEY & IF ANYONE WANTS TO KNOW SO SOME YOUNG GOONS CAN GO GET HIS ASS. | | 2087 2087 |
| 02/07/16 | ISSUED NEW WRISTBAND | | 1485 |
| 05/31 | M. Gaines appt. as his attorney in Dept 20 | | 1215 |
| 7-8-16 | C/R 9/14 - DEPT 20 | | |
| 10-18-16 | ON 10-17-16, Tech services delivered SF Sheriff flash drive serial #041 – I Delivered it to Inmate Hymes on 10-18-16 | | 1379 |
| 10-25-16 | RFD #1E extra clothes | | 1412 |

Continued from other side of this card

| Date housed | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Housing Loc. | | . | | | | | | | | | | | |
| Court Date | | | | | | | | | | | | | |
| Court Dept. | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_HYMES_000677