DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
RENÉE E. ROSENBLIT, State Bar #304983
BRIGGS MATHESON, State Bar #291287
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853 (Renee)
Telephone:     (415) 553-3919 (Briggs)
Facsimile:     (415) 554-3837
Email:         renee.rosenblit@sfcityatty.org
Email:         briggs.matheson@sfcityatty.org

Attorneys for Defendants
MILTON BLISS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>    Plaintiff,<br><br>vs.<br><br>MILTON BLISS, et al.<br><br>    Defendants. | Case No. 16-cv-04288 JSC<br><br>**DEFENDANTS' REVISED WITNESS LIST**<br><br>Hearing Date:  November 20, 2018<br>Time:          1:00 p.m.<br>Place:         450 Golden Gate Avenue<br>               Courtroom F, 15th Floor<br>               San Francisco, CA 94102<br><br>Trial Date:    December 3, 2018 |

Defendants may call the following individuals as witnesses in the above entitled action:

| Witness | Description | Time |
|---|---|---|
| 1. Plaintiff Scanvinski Hymes | | 2.0 |
| 2. Defendant Milton Bliss | | 2.0 |
| 3. Defendant Scott Neu | | 1.5 |
| 4. Defendant Eugene Jones | | .25 |
| 5. Defendant Paul Timpano | | 1.0 |
| 6. Defendant Pierre Gray | | 1.0 |
| 7. Victor Sanchez | Interactions with plaintiff; observation of events on 7/24/14. Witness was part of SORT extraction, and is not a defendant. | 1.0 |
| 8. Joseph Leonardini | Interactions with plaintiff; observation of events on 7/24/14. Witness was part of SORT extraction, and is not a defendant. | 1.0 |
| 9. Senior Deputy Bergstresser | Plaintiff's classification and related information; SORT briefing and information provided to defendants; interactions with plaintiff. | .5 |
| 10. Deputy Rebecca Lee | Plaintiff's classification and related information; SORT briefing and information provided to defendants; observations of plaintiff. | .5 |
| 11. Deputy Tilton | Interactions with plaintiff; observation of events on 7/24/14. Witness was part of SORT extraction, and is not a defendant. | 1.0 |
| 12. Deputy O'Donnell | Interactions with plaintiff; observation of events on 7/24/14; explain and authenticate cell extraction videos. Witness was part of SORT extraction, and is not a defendant. | 1.0 |
| 13. Deputy Ysip | Interactions with plaintiff; observation of events on 7/24/14; restraints applied to plaintiff. Witness was part of SORT extraction, and is not a defendant. | .25 |

| | | |
|---|---|---|
| 14. Registered Nurse Hool | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 15. Registered Nurse John Poh | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 16. Deputy Smith | Interactions with plaintiff during transport to SFGH | .25 |
| 17. Don Cameron | Retained expert witness in the field of police practices, policy and procedures. | 1.0 |
| 18. Ronald Malabed | Expert witness in SORT cell extractions, training given to SFSD Sheriff Deputies, and SFSD policies. | 1.0 |
| 19. Dr. George Oldham | Retained medical expert. | 1.0 |
| 20. Sgt. Durkan | Custodian of records | .25 |
| 21. Captain Adams | Interactions with plaintiff; SORT cell extraction and briefing; authorization for cell extraction; plaintiff's grievance and exhaustion | .5 |
| 22. Lt. Minor | Interactions with plaintiff; SORT cell extraction and briefing; authorization for cell extraction; plaintiff's grievance and exhaustion | .5 |
| 23. Deputy Brandon Kutches | Conducted CIU Investigation. Facts related to Supplemental Incident Reports and CIU Investigation. | .5 |
| 24. Carol Stuart, CAO Investigator | Testimony re photographs and measurements of jail, taken on 8/14/18 | .25 |
| 25. Lt. John Caramucci | Custody Operations; prisoner grievance logging, reviewing, and responses. | .5 |

| 26. Marilou Dudley | Custodian, San Francisco County Jail Medical Records | .25 |

Dated: November 27, 2018

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        RENÉE E. ROSENBLIT
        Deputy City Attorney

By:    */s/ Renee E. Rosenblit*
        RENÉE E. ROSENBLIT

Attorneys for Defendants
MILTON BLISS, et al.