DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
RENÉE E. ROSENBLIT, State Bar #304983
BRIGGS MATHESON, State Bar #291287
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853 (Rosenblit)
Telephone:     (415) 553-3919 (Matheson)
Facsimile:      (415) 554-3837
Email:            renee.rosenblit@sfcityatty.org
Email:            briggs.matheson@sfcityatty.org

Attorneys for Defendants
MILTON BLISS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>      Plaintiff,<br><br>vs.<br><br>MILTON BLISS, et al.<br><br>      Defendants. | Case No. 16-cv-04288 JSC<br><br>**APPENDIX A:  JOINT EXHIBIT LIST**<br><br>**DEFENDANTS' REVISED EXHIBIT LIST**<br><br>Hearing Date:   November 20, 2018<br>Time:                1:00 p.m.<br>Place:                450 Golden Gate Avenue<br>                          Courtroom F, 15th Floor<br>                          San Francisco, CA 94102<br><br>Trial Date:         December 3, 2018 |

Defendants submit this revised version of the parties' joint exhibit list.  The list includes documents that the parties will seek to admit into evidence, as well as other documents merely for reference.  Defendants continue to assert their previously filed objections to plaintiff's exhibits.  (*See* Dkt. No. 135.)

/ / /

/ / /

Appendix A: Joint Exhibit List – Def Revised List          1          n:\lit\li2016\170570\01320389.docx
Case No. 16-cv-04288 JSC

**Joint Exhibit List**

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 1. | SFSD Policy CODM 7.19 Prisoner Grievances (06/10/14) | CCSF_HYMES_000112-000115 | | | |
| 2. | SFSD Policy Grievance Routing Chart | PL001460 (CCSF_HYMES_000084) | | | |
| 3. | SFSD Policy CODM 4.17 S.O.R.T. Cell Extraction | CCSF_HYMES_000551-000554 | | | |
| 4. | SFSD Policy S.O.R.T. Operations Reference Guide | CCSF_HYMES_000555-000560 | | | |
| 5. | SFSD Policy 02-23 Incident Reports | CCSF_HYMES_000091 – 000093 (PL001462-PL001464) | | | |
| 6. | SFSD Policy 04-06 Investigation - Internal Affairs | CCSF_HYMES_000116-000124 | | | |
| 7. | SFSD Policy 02-09 Protective Hood (Spit Mask) | PL002743-PL002744 | | | |
| 8. | SFSD Policy 02-11 Electronic Control Device (ECD) Taser | PL002747-PL002749 | | | |
| 9. | SFSD Policy 02-03 Use of Force | CCSF_HYMES_000106-000109 | | | |
| 10. | Plaintiff's Jail Medical Services Medical Records | CCSF_HYMES_000005-000039 | | | |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 11. | Plaintiff's San Francisco General Hospital Medical Records | CCSF_HYMES_000039-000071 | | | |
| 12. | Jail Medical Services Medical Records - 07/14-05/15 | PL001516-1650_CONF | | | |
| 13. | Jail Medical Services Medical Records - 05/15-08/15 | PL001651-1801_CONF | | | |
| 14. | Jail Medical Services Medical Records - 09/15-12/15 | PL001802-1933_CONF | | | |
| 15. | Jail Medical Services Medical Records - 12/15-08/16 | PL001934-2036_CONF | | | |
| 16. | Jail Medical Services Medical Records - 08/16-12/16 | PL002037-2124_CONF | | | |
| 17. | Jail Medical Services Medical Records - 12/16-11/17 | PL002125-2218_CONF | | | |
| 18. | San Francisco General Hospital Medical Records 07/14 | PL002240_CONF | | | |
| 19. | San Francisco General Hospital Medical Records 07/14-08/14 | PL002241-2252_CONF | | | |
| 20. | San Francisco General Hospital Medical Records 06/15-03/17 | PL002253-2299_CONF | | | |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 21. | San Francisco General Hospital Medical Record Test Results XRay Cat Scan | PL002301_CONF.zip | | | |
| 22. | Plaintiff Hymes's Grievance Regarding Incident | CCSF_HYMES_000175 (PL002315) | | | |
| 23. | SFSD Incident Report No. R041407022 | PL002326-PL002328 (CCSF_HYMES_000162-000164) | | | |
| 24. | 2014.07.24 Pierre Gray Incident Report Statement | CCSF_HYMES_000168 (PL002329) | | | |
| 25. | 2014.08.02 Paul Timpano Incident Report Statement | CCSF_HYMES_000167 (PL002338) | | | |
| 26. | 2014.08.02 Scott Neu Incident Report Statement | CCSF_HYMES_000165 (PL002340) | | | |
| 27. | 2014.08.07 Scott Bergstresser Incident Report Statement | CCSF_HYMES_000171 (PL002341) | | | |
| 28. | 2014.08.08 Joseph Leonardini Incident Report Statement | PL002342 (CCSF_HYMES_000172) | | | |
| 29. | 2014.08.11 Victor Sanchez Incident Report Statement | PL002343 (CCSF_HYMES_000173) | | | |
| 30. | 2014.07.22 Rebecca Lee Incident Report Statement | CCSF_HYMES_000170 (PL002325) | | | |
| 31. | Photograph of Cell | PL001224-PL001226 | | | |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 32. | Photographs of Cell, Processing Room, and Hall, taken 8/14/2018 | CCSF_HYMES_ 000621-000665 | | | |
| 33. | Measurements of Cell, Processing Room, and Hall, taken 8/14/2018 | CCSF_HYMES_ 000678-000682 | | | |
| 34. | Video of Cell Extraction - Angles Edited By Plaintiff's Videographer | PL002548.mp4 | | | |
| 35. | Video after Cell Extraction, blood | CCSF_HYMES_ 0000129 (DSCN0234.MOV) (CCSF_HYMES_ 000565) | | | |
| 36. | Criminal Complaint (Neu and Jones) | PL000244-PL000252 | | | Based on the Court's Order re: MILs, Defendants' position is this should no longer be an exhibit |
| 37. | Scott Neu's Termination Letter | CCSF_HYMES_ 004620 – 004621 | | | Based on the Court's Order re: MILs, Defendants' position is this should no longer be an exhibit |
| 38. | United States Department of Justice Civil Rights Division Investigation of Excessive Force | PL002549-PL002594 | | | Defendants' position is this should no longer be an exhibit |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 39. | California Commission on Peace Officer Standards and Training Learning Domain 33 Arrest Methods/Defensive Tactics | PL002595-PL002735 | | | |
| 40. | Photo: Close up Hymes' face at arrest | PL003000 | | | |
| 41. | Photos: Neu tattoos at booking | Not produced | | | Based on the Court's Order re: MILs, Defendants' position is this should no longer be an exhibit |
| 101. | Deputy Ysip Incident Report Statement | CCSF_HYMES_000166 | | | Refresh recollection |
| 102. | Deputy O'Donnell Incident Report Statement | CCSF_HYMES_000169 | | | Refresh recollection |
| 103. | SFSD Officer Safety Alert, dated 7/22/2014 | CCSF_HYMES_000572-000573 | | | |
| 104. | SFSD Classification Unit Officer Safety Bulletin, dated 7/23/2014 | CCSF_HYMES_000570 | | | |
| 105. | Correspondence from William Fein to SFSD-Everyone re: Officer Safety Bulletin, dated 7/22/2014 and 7/23/2014 | CCSF_HYMES_000569; CCSF_HYMES_000571 | | | Refresh recollection |
| 106. | Hymes' Field Arrest Card | CCSF_HYMES_000666-000677 | | | |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---------|-------------|-------------|---------|----------|-------------|
| 107. | MR List and Correspondence, dated 7/24/2015 | CCSF_HYMES_ 000583-000587 | | | Refresh recollection |
| 108. | Safety Cell Observation Form for Hymes, dated 7/24/2014 | CCSF_HYMES_ 000096 | | | If door opened |
| 109. | Administrative Segregation Questionnaire, dated 7/22/14 | CCSF_HYMES_ 000514 | | | Refresh recollection |
| 110. | Plaintiff's Housing History Report, printed 5/8/2017 | CCSF_HYMES_ 000198 | | | Refresh recollection |
| 111. | Plaintiff's booking card | CCSF_HYMES_ 000194 – 000196 | | | Refresh recollection; if door opened |
| 112. | SFSD Daily Report, Staff Sheet | CCSF_HYMES_ 000183 | | | Refresh recollection |
| 113. | Cell Extraction Video (Main) | CCSF_HYMES_ 000563 | | | |
| 114. | Transcript of Cell Extraction Video (Main) | | | | Transcript is demonstrative. |
| 115. | Cell Extraction Video, Introduction | CCSF_HYMES_ 000562 | | | |
| 116. | MSNBC LockUp Video | CCSF_HYMES_ 000130 | | | |
| 117. | | | | | |
| 118. | Photographs of Hymes | CCSF_HYMES_ 000132 – 000141 | | | |
| 119. | Audio Interview of Plaintiff Hymes, dated 8/1/14 | CCSF_HYMES_ 000131 | | | |
| 120. | Transcript of Audio Interview of Plaintiff Hymes, dated 8/1/14 | | | | Transcript is demonstrative. |
| 121. | | | | | |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 122. | | | | | |
| 123. | Plaintiff's Government Claim Form | CCSF_HYMES_000142 | | | |
| 124. | Complaint | Dkt. 1 | | | |
| 125. | Amended Complaint | Dkt. 043 | | | |
| 126. | OCC Letter to Hymes, dated 9/12/16 | CCSF_HYMES_000001 | | | For hearing re: exhaustion |
| 127. | SFSD Correspondence re Criminal Charges Ag. Hymes | CCSF_HYMES_000575 | | | If door opened |
| 128. | Email from B. Kutches to M. Bliss re request for supplemental reports | CCSF_HYMES_000606 | | | Refresh recollection |
| 129. | Email from M. Bliss to B. Kutches re supplemental reports | CCSF_HYMES_000619-000620 | | | Refresh recollection |
| 130. | SFSD Policy and Procedure, Chemical Agent | CCSF_HYMES_000543 - 000544 | | | |
| 131. | | | | | |
| 132. | POST Learning Domain 20, Use of Force | | | | |

| 133. | SFSD Inmate Orientation Handbook | | | | For hearing re: exhaustion |
|---|---|---|---|---|---|

Dated: November 27, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
RENÉE E. ROSENBLIT
Deputy City Attorney


By: */s/ Renee E. Rosenblit*
RENÉE E. ROSENBLIT

Attorneys for Defendants
MILTON BLISS, et al.