1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  RENÉE E. ROSENBLIT, State Bar #304983
   BRIGGS MATHESON, State Bar #291287
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:      (415) 554-3853 [Rosenblit]
   Telephone:      (415) 554-3919 [Matheson]
7  Facsimile:       (415) 554-3837
   Email:           renee.rosenblit@sfcityatty.org
8  Email:           briggs.matheson@sfcityatty.org

9  Attorneys for Defendants
   MILTON BLISS, et al.

10

11

12                      UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA
13

14  SCANVINSKI JEROME HYMES,              | Case No. 16-cv-04288-JSC

         Plaintiff,                        | **DEFENDANTS' PROPOSED**
15                                         | **SUPPLEMENTAL VOIR DIRE**

16       vs.                               | Hearing Date:   November 20, 2018
                                           | Time:           1:00 p.m.
17  MILTON BLISS, et al.                   | Place:          450 Golden Gate Avenue
                                           |                 Courtroom F, 15th Floor
         Defendants.                       |                 San Francisco, CA 94102
18

19                                         | Trial Date:     December 3, 2018

20

21

22        In light of the Court's ruling that the jury will hear Deputy Jones take the Fifth Amendment,

23  the defendants' propose the following supplemental voir dire:

24        1.  Everyone has the absolute right to exercise the protections afforded under the Constitution.

25            In this case, you may hear a witness refuse to answer questions based on his or her Fifth

26            Amendment right.  If so, I will instruct you on the law to apply.

27                a.  Does everyone understand that this is a constitutional right?

28                b.  Does everyone understand that this is a civil case, and not a criminal case?

1      c.  Is there anyone who thinks that a person who invokes his Fifth Amendment right is

2          automatically less believable?

3      d.  Will you follow the law according to my instructions?

4      e.  Can you be fair?

5

6   Dated:  November 27, 2018

7                                          DENNIS J. HERRERA
                                           City Attorney
8                                          CHERYL ADAMS
                                           Chief Trial Deputy
9                                          RENÉE E. ROSENBLIT
                                           BRIGGS MATHESON
10                                         Deputy City Attorneys

11

12                              By:_____ */s/ Renee E. Rosenblit*_____
                                           RENÉE E. ROSENBLIT
13
                                           Attorneys for Defendants
14                                         MILTON BLISS, et al.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Proposed Supplemental Voir Dire          2          n:\lit\li2016\170570\01320388.docx
Case No. 16-cv-04288 JSC