Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

Caitlin Kelly Henry SBN 287949
ATTORNEY AT LAW
1201 Martin Luther King Jr. Way
Suite 200
Oakland, CA 94612
ckh@caitlinkellyhenry.com
(510) 277-2025

ATTORNEYS FOR PLAINTIFF
SCANVINSKI JEROME HYMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>    Plaintiff,<br><br>vs.<br><br>MILTON BLISS, et al.<br><br>    Defendants. | Case No. 16-cv-04288 JSC<br><br>**PLAINTIFF'S REIVSED EXHIBIT LIST**<br><br>Hearing Date: November 29, 2018<br>Time: 1:30 p.m.<br>Place: 450 Golden Gate Avenue<br>Courtroom F, 15th Floor<br>San Francisco, CA 94102<br><br>Trial Date: December 3, 2018 |

Plaintiff submits the revised exhibit list as follows. The list includes documents that the parties will seek to admit into evidence, as well as other documents merely for reference.

/ / /

/ / /

/ / /

## Joint Exhibit List

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 1. | SFSD Policy CODM 7.19 Prisoner Grievances (06/10/14) | CCSF_HYMES_000112-000115 | | | |
| 2. | SFSD Policy Grievance Routing Chart | PL001460 (CCSF_HYMES_000084) | | | |
| 3. | SFSD Policy CODM 4.17 S.O.R.T. Cell Extraction | CCSF_HYMES_000551-000554 | | | |
| 4. | SFSD Policy S.O.R.T. Operations Reference Guide | CCSF_HYMES_000555-000560 | | | |
| 5. | SFSD Policy 02-23 Incident Reports | CCSF_HYMES_000091 – 000093 (PL001462-PL001464) | | | |
| 6. | SFSD Policy 04-06 Investigation - Internal Affairs | CCSF_HYMES_000116-000124 | | | |
| 7. | SFSD Policy 02-09 Protective Hood (Spit Mask) | PL002743-PL002744 | | | |
| 8. | SFSD Policy 02-11 Electronic Control Device (ECD) Taser | PL002747-PL002749 | | | |
| 9. | SFSD Policy 02-03 Use of Force | CCSF_HYMES_000106-000109 | | | |
| 10. | Plaintiff's Jail Medical Services Medical Records | CCSF_HYMES_000005-000039 | | | |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 11. | Plaintiff's San Francisco General Hospital Medical Records | CCSF_HYMES_000039-000071 | | | |
| 12. | Jail Medical Services Medical Records - 07/14-05/15 | PL001516-1650_CONF | | | |
| 13. | Jail Medical Services Medical Records - 05/15-08/15 | PL001651-1801_CONF | | | |
| 14. | Jail Medical Services Medical Records - 09/15-12/15 | PL001802-1933_CONF | | | |
| 15. | Jail Medical Services Medical Records - 12/15-08/16 | PL001934-2036_CONF | | | |
| 16. | Jail Medical Services Medical Records - 08/16-12/16 | PL002037-2124_CONF | | | |
| 17. | Jail Medical Services Medical Records - 12/16-11/17 | PL002125-2218_CONF | | | |
| 18. | San Francisco General Hospital Medical Records 07/14 | PL002240_CONF | | | |
| 19. | San Francisco General Hospital Medical Records 07/14-08/14 | PL002241-2252_CONF | | | |
| 20. | San Francisco General Hospital Medical Records 06/15-03/17 | PL002253-2299_CONF | | | |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 21. | Plaintiff Hymes's Grievance Regarding Incident | CCSF_HYMES_000175 (PL002315) | | | |
| 22. | SFSD Incident Report No. R041407022 | PL002326-PL002328 (CCSF_HYMES_000162-000164) | | | |
| 23. | 2014.07.24 Pierre Gray Incident Report Statement | CCSF_HYMES_000168 (PL002329) | | | |
| 24. | 2014.08.02 Paul Timpano Incident Report Statement | CCSF_HYMES_000167 (PL002338) | | | |
| 25. | 2014.08.02 Scott Neu Incident Report Statement | CCSF_HYMES_000165 (PL002340) | | | |
| 26. | 2014.08.07 Scott Bergstresser Incident Report Statement | CCSF_HYMES_000171 (PL002341) | | | |
| 27. | 2014.08.08 Joseph Leonardini Incident Report Statement | PL002342 (CCSF_HYMES_000172) | | | |
| 28. | 2014.08.11 Victor Sanchez Incident Report Statement | PL002343 (CCSF_HYMES_000173) | | | |
| 29. | 2014.07.22 Rebecca Lee Incident Report Statement | CCSF_HYMES_000170 (PL002325) | | | |
| 30. | Photograph of Cell | PL001224-PL001226 | | | |
| 31. | Photographs of Cell, Processing Room, and Hall, taken 8/14/2018 | CCSF_HYMES_000621-000665 | | | |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 32. | Measurements of Cell, Processing Room, and Hall, taken 8/14/2018 | CCSF_HYMES_000678-000682 | | | |
| 33. | Video of Cell Extraction - Angles Edited By Plaintiff's Videographer | PL002548.mp4 | | | |
| 34. | Video after Cell Extraction, blood | CCSF_HYMES_000129 (DSCN0234.MOV) (CCSF_HYMES_000565) | | | |
| 35. | Scott Neu's Termination Letter | CCSF_HYMES_004620 – 004621 | | | |
| 36. | United States Department of Justice Civil Rights Division Investigation of Excessive Force | PL002549-PL002594 | | | |
| 37. | California Commission on Peace Officer Standards and Training Learning Domain 33 Arrest Methods/Defensive Tactics | PL002595-PL002735 | | | |
| 38. | Photo: Close up Hymes' face at arrest | PL003000 | | | |
| 39. | Photos: Neu tattoos at booking | Not produced | | | |
| 101. | Deputy Ysip Incident Report Statement | CCSF_HYMES_000166 | | | |
| 102. | Deputy O'Donnell Incident Report Statement | CCSF_HYMES_000169 | | | |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 103. | SFSD Officer Safety Alert, dated 7/22/2014 | CCSF_HYMES_000572-000573 | | | |
| 104. | SFSD Classification Unit Officer Safety Bulletin, dated 7/23/2014 | CCSF_HYMES_000570 | | | |
| 105. | Correspondence from William Fein to SFSD-Everyone re: Officer Safety Bulletin, dated 7/22/2014 and 7/23/2014 | CCSF_HYMES_000569; CCSF_HYMES_000571 | | | |
| 106. | Hymes' Field Arrest Card | CCSF_HYMES_000666-000677 | | | |
| 107. | MR List and Correspondence, dated 7/24/2015 | CCSF_HYMES_000583-000587 | | | |
| 108. | Safety Cell Observation Form for Hymes, dated 7/24/2014 | CCSF_HYMES_000096 | | | |
| 109. | Administrative Segregation Questionnaire, dated 7/22/14 | CCSF_HYMES_000514 | | | |
| 110. | Plaintiff's Housing History Report, printed 5/8/2017 | CCSF_HYMES_000198 | | | |
| 111. | Plaintiff's booking card | CCSF_HYMES_000194 – 000196 | | | |
| 112. | SFSD Daily Report, Staff Sheet | CCSF_HYMES_000183 | | | |
| 113. | Cell Extraction Video (Main) | CCSF_HYMES_000563 | | | |
| 114. | Transcript of Cell Extraction Video (Main) | | | | Transcript is demonstrative. |

Exhibit List
Case No. 16-cv-04288 JSC

6

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---|---|---|---|---|---|
| 115. | Cell Extraction Video, Introduction | CCSF_HYMES_000562 | | | |
| 116. | MSNBC LockUp Video | CCSF_HYMES_000130 | | | |
| 117. | Transcript of MSNBC LockUp Video | | | | Transcript is demonstrative. |
| 118. | Photographs of Hymes | CCSF_HYMES_000132 – 000141 | | | |
| 119. | Audio Interview of Plaintiff Hymes, dated 8/1/14 | CCSF_HYMES_000131 | | | |
| 120. | Transcript of Audio Interview of Plaintiff Hymes, dated 8/1/14 | | | | Transcript is demonstrative. |
| 121. | Audio Interview of John Davis, dated 2/12/15 | CCSF_HYMES_000429 | | | |
| 122. | Transcript of Audio Interview of John Davis, dated 2/12/15 | | | | Transcript is demonstrative. |
| 123. | Plaintiff's Government Claim Form | CCSF_HYMES_000142 | | | |
| 124. | Complaint | Dkt. 1 | | | |
| 125. | Amended Complaint | Dkt. 043 | | | |
| 126. | OCC Letter to Hymes, dated 9/12/16 | CCSF_HYMES_000001 | | | |
| 127. | SFSD Correspondence re Criminal Charges Ag. Hymes | CCSF_HYMES_000575 | | | If door opened |

| Ex. No. | Description | Bates Range | Offered | Admitted | Limitations |
|---------|-------------|-------------|---------|----------|-------------|
| 128. | Email from B. Kutches to M. Bliss re request for supplemental reports | CCSF_HYMES_000606 | | | |
| 129. | Email from M. Bliss to B. Kutches re supplemental reports | CCSF_HYMES_000619-000620 | | | |
| 130. | SFSD Policy and Procedure, Chemical Agent | CCSF_HYMES_000543 - 000544 | | | |
| 131. | SFSD Policy and Procedure, Recording Devices | CCSF_HYMES_000089 - 000090 | | | |
| 132. | POST Learning Domain 20, Use of Force | | | | |
| 133. | SFSD Inmate Orientation Handbook | | | | |

Dated: November 27, 2018

/s/ Glenn Katon
Glenn Katon

/s/ Caitlin Kelly Henry
Caitlin Kelly Henry

ATTORNEYS FOR PLAINTIFF
SCANVINSKI JEROME HYMES

<u>CERTIFICATE OF SERVICE (L.R. 5-5)</u>

On November 27, 2018, I placed a copy of the foregoing document in the U.S. Mail, postage prepaid, addressed to:

>Renée Erickson Rosenblit
>Deputy City Attorney
>Office of the City Attorney
>Fox Plaza, 1390 Market Street, 7th Floor
>San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2018.

/s/ Caitlin Henry
Caitlin Henry