Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

Caitlin Kelly Henry SBN 287949
ATTORNEY AT LAW
1201 Martin Luther King Jr. Way
Suite 200
Oakland, CA 94612
ckh@caitlinkellyhenry.com
(510) 277-2025

ATTORNEYS FOR PLAINTIFF
SCANVINSKI JEROME HYMES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>Plaintiff,<br><br>v.<br><br>MILTON BLISS, VICTOR M. SANCHEZ, JOSEPH A. LEONARDINI, SCOTT NEU, EUGENE A. JONES, PAUL TIMPANO, PIERRE A. GRAY<br><br>Defendants. | Case No.  3:16-cv-04288-JSC<br><br>**PLAINTIFF'S REVISED WITNESS LIST**<br><br>Trial Date: December 3, 2018 |

Plaintiff files this Revised Witness List, which supersedes his previous filings (Dkts 139-2 and 178) to remove additional witnesses and reduce the time estimated for certain witnesses.

| No. | Witness Name | Description | Time |
|---|---|---|---|
| 1. | Plaintiff Scanvinski Hymes | Excessive use of force against Hymes. | 2.5 |
| 2. | Defendant Milton Bliss | Excessive use of force against Hymes, duties of deputies. | 1 |
| 3. | Defendant Scott Neu | Excessive use of force against Hymes, duties of deputies. | 1 |
| 4. | Defendant Eugene Jones | Excessive use of force against Hymes, duties of deputies. | .3 |
| 5. | Defendant Paul Timpano | Excessive use of force against Hymes, duties of deputies. | 1 |
| 6. | Defendant Pierre Gray | Excessive use of force against Hymes, duties of deputies. | 1 |
| 7. | Victor Sanchez | Excessive use of force against Hymes, duties of deputies. | .5 |
| 8. | Joseph Leonardini | Excessive use of force against Hymes, duties of deputies. | .5 |
| 9. | Deputy O'Donnel | Interactions with plaintiff; observation of events on 7/24/14; explain and authenticate cell extraction videos. Witness was part of SORT extraction, and is not a defendant. | .5 |
| 10. | Deputy Ysip | Interactions with plaintiff; observation of events on 7/24/14; restraints applied to plaintiff. Witness was part of SORT extraction, and is not a defendant. | .5 |
| 11. | Deputy Smith | Interactions with plaintiff during transport to SFGH | .5 |
| 12. | Lt. Flewellen | Internal Affairs investigations. | .5 |
| 13. | Captain Adams | Interactions with plaintiff; SORT cell extraction and briefing; authorization for cell extraction; grievance. | .5 |
| 14. | Lt. Minor | Interactions with plaintiff; SORT cell extraction and briefing; authorization for cell extraction; grievance. | .5 |
| 15. | Deputy Brandon Kutches | Conducted CIU Investigation. Facts related to Supplemental Incident Reports and CIU Investigation. | .5 |
| 16. | Carol Stuart, CAO Investigator | Testimony re photographs and measurements of jail, taken on 8/14/18 | .5 |
| 17. | Deputy Myres | Interactions with plaintiff; observation of events on 7/24/14. | .5 |
| 18. | Dr. Bruce Wapen | Retained medical expert. | 1 |
| 19. | Registered Nurse Sherman Hool | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 20. | Registered Nurse John Poh | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 21. | Registered Nurse Mary Jan Cabuag | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after | .5 |

| | | | |
|---|---|---|---|
| | | the cell extraction. | |
| 22. | Therapist, Chris Evensen | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 23. | Registered Nurse Grace Bondoc | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 24. | Registered Nurse Dyan Denouden | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 25. | Raymond Bashista, MFT | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 26. | Christa Gallagher | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 27. | Nurse Practitioner Erica Galarza | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 28. | Registered Nurse Ying He | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 29. | Registered Nurse Romula Adia | San Francisco Jail Medical Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 30. | Dr. Paul Savino | San Francisco General Hospital Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 31. | Dr. Yi Li | San Francisco General Hospital Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 32. | Dr. Mark Mamlouk | San Francisco General Hospital Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 33. | Dr. Renee Hsia | San Francisco General Hospital Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 34. | Dr. Samuel Brondfield | San Francisco General Hospital Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 35. | Nurse Jenna Marchant | San Francisco General Hospital Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 36. | Nurse Ashley Leonard | San Francisco General Hospital Staff. Interactions with plaintiff; medical treatment provided after the cell extraction. | .5 |
| 37. | Vincent Jacobo | Victim of similar excessive use of force by Neu, Jones, and Gray. | .75 |
| 38. | Nicholas Tiller | Victim of similar excessive use of force by Neu and Jones. | .75 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

/s/ Glenn Katon
Glenn Katon

/s/ Caitlin Kelly Henry
Caitlin Kelly Henry

ATTORNEYS FOR PLAINTIFF
SCANVINSKI JEROME HYMES