**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## COURT TRIAL MINUTE ORDER

Case No.  16-cv-04288-JSC                    Case Name:  Hymes v. Bliss, et al.

Date:  December 7, 2018 (Day 4)              Time:  7:52

**The Honorable Jacqueline Scott Corley**

**Clerk**:  Ada Means                        **Court Reporter**:  Katherine Sullivan

**COUNSEL FOR PLAINTIFF**:                   **COUNSEL FOR DEFENDANTS**:

Glenn Katon; Caitlin Henry, Kennedy Helm      Renee Rosenbilt; Briggs Matheson

Trial Began:  12/3/2018                      Further Trial:  12/10/2018

**TRIAL MOTIONS HEARD**:                     **DISPOSITION:**

1.    Defendants' Rule 50 motion            Denied

2.

3.

**OTHER:**

Direct and cross examination of George Oldham, Victor Sanchez, Joseph Leonardini, and David Smith. Cross

examination of Scanvinski Hymes.

**VERDICT:**

**DISPOSITION OF EXHIBITS:**