UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COURT TRIAL MINUTE ORDER

Case No.  16-cv-04288-JSC                          Case Name:  Hymes v. Bliss, et al.

Date:  December 8, 2018 (Day 5)                    Time: 4:38

**The Honorable Jacqueline Scott Corley**

**Clerk**:  Ada Means                              **Court Reporter**:  Marla Knox

| **COUNSEL FOR PLAINTIFF**: | **COUNSEL FOR DEFENDANTS**: |
|---|---|
| Glenn Katon; Caitlin Henry, Kennedy Helm | Renee Rosenbilt; Briggs Matheson |
| Trial Began:  12/3/2018 | Further Trial:  12/11/2018 |

**TRIAL MOTIONS HEARD**:                          **DISPOSITION:**

1.

2.

3.

**OTHER:**

Direct and cross examination of Milton Bliss and Don Cameron. Closing statements presented by Mr. Katon and Ms. Rosenbilt. Jury deliberations.

**VERDICT:**

**DISPOSITION OF EXHIBITS:**

The following exhibits were marked and admitted into evidence:  106 **(page 666)**, 132 **(pages 2-6 & 2-7)**