UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COURT TRIAL MINUTE ORDER

Case No.  16-cv-04288-JSC                           Case Name:  Hymes v. Bliss, et al.

Date:  December 11, 2018 (Day 6)                    Time:  00:10

**The Honorable Jacqueline Scott Corley**

**Clerk**:  Ada Means                               **Court Reporter**:  Marla Knox

**COUNSEL FOR PLAINTIFF**:                          **COUNSEL FOR DEFENDANTS**:

Glenn Katon; Caitlin Henry, Kennedy Helm            Renee Rosenbilt; Briggs Matheson

Trial Began:  12/3/2018                             Further Trial:  12/12/2018

**TRIAL MOTIONS HEARD**:                            **DISPOSITION:**

1.

2.

3.

**OTHER:**

Jury deliberations.

**VERDICT:**

**DISPOSITION OF EXHIBITS:**