**FILED**

DEC 12 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>    Plaintiff,<br><br>v.<br><br>MILTON BLISS, et al.,<br><br>    Defendants. | Case No. CV 16-4288 JSC<br><br>**VERDICT FORM** |

1. Has Plaintiff Scanvinski Hymes proven that any of the following defendants used excessive force against Plaintiff on July 24, 2014?

    Paul Timpano:        Yes____    No____

    Pierre Gray:          Yes____    No_X_

    Scott Neu:           Yes____    No____

    Eugene Jones:       Yes____    No_X_

If you answered "no" as to all of the above, please stop and sign and turn in this form to the Court Clerk. If you answered "yes" as to any of the defendants, please continue answering questions as instructed.

2. Has Plaintiff proven that any of the following defendants failed to stop the use of excessive force against Plaintiff on July 24, 2014?

    Paul Timpano:    Yes____    No____
    Pierre Gray:    Yes____    No____
    Scott Neu:    Yes____    No____
    Eugene Jones:    Yes____    No____
    Milton Bliss    Yes____    No____

3. Has Plaintiff proven that defendant Milton Bliss is liable as a supervisor for excessive force against Plaintiff on July 24, 2014?

    Yes____    No____

4. Has Plaintiff proven that the use of excessive force against him on July 24, 2014 that you found in answer to Question No. 1 was a substantial factor in causing harm to him?

    Yes____    No____

If you answered "no" to Question 4, please stop and sign and date this form. If you answered "yes" please continue answering questions as instructed.

5. State the amount of damages proven by Plaintiff.

    Amount of damages:    $_____

6. Has Plaintiff proven that any of the following defendants' conduct was malicious or committed in reckless disregard of Plaintiff's constitutional rights?

| | | | |
|---|---|---|---|
| Paul Timpano: | Yes____ | No____ |
| Pierre Gray: | Yes____ | No____ |
| Scott Neu: | Yes____ | No____ |
| Eugene Jones: | Yes____ | No____ |
| Milton Bliss: | Yes____ | No____ |

PLEASE HAVE THE PRESIDING JUROR SIGN AND DATE THE VERDICT FORM, AND THEN INFORM THE COURT CLERK THAT YOU HAVE REACHED A VERDICT.

Signed: _____[signature]_____   Dated: 12/12/18