UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>    Plaintiff,<br><br>    v.<br><br>MILTON BLISS, et al.,<br><br>    Defendants. | Case No. 16-cv-04288-JSC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 179 |

Pursuant to the parties' stipulated protective order, (Dkt. No. 95), Plaintiff seeks to seal material he submitted as an offer proof at trial that Defendants produced with the designation "Highly Confidential Attorneys Eyes Only." (Dkt. No. 179.) Defendants filed a declaration in support of Plaintiff's motion pursuant to Civil Local Rule 79-5(e)(1), establishing that certain material is sealable. (Dkt. No. 205.) The Court has reviewed the material and agrees.

Accordingly, the Court GRANTS Plaintiff's motion to seal his written offer of proof (Dkt. No. 179-3) and exhibits 1-6 (Dkt. No. 179-1 at 3-14). The Court DENIES Plaintiff's motion to seal exhibit 7 (Dkt. No. 179-1 at 15-22).

This order disposes of Docket No. 179.

**IT IS SO ORDERED.**

Dated: December 14, 2018

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge