Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

Caitlin Kelly Henry SBN 287949
ATTORNEY AT LAW
1201 Martin Luther King Jr. Way
Suite 200
Oakland, CA 94612
ckh@caitlinkellyhenry.com
(510) 277-2025

T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
MacArthur Annex
644 40th Street, Suite 305
Oakland, CA 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

ATTORNEYS FOR PLAINTIFF
SCANVINSKI JEROME HYMES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>Plaintiff,<br><br>v.<br><br>MILTON BLISS, VICTOR M. SANCHEZ, JOSEPH A. LEONARDINI, SCOTT NEU, EUGENE A. JONES, PAUL TIMPANO, PIERRE A. GRAY<br><br>Defendants. | Case No. 3:16-cv-04288-JSC<br><br>**NOTICE OF CHANGE IN COUNSEL (Northern District Civil Local Rule 5-1(c)(2)(C))** |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District Local Civil Rule 5-1(c)(2)(C), please take notice that attorney T. KENNEDY HELM, IV of HELM LAW OFFICE, PC (MacArthur Annex, 644 40th Street, Suite 305, Oakland, CA 94609; Tel: (510) 350-7517; Fax: (510) 350-7359; email: kennedy@helmlawoffice.com) is no longer an attorney of record for Plaintiff in this case.  Please remove him from all service lists.  Attorneys Caitlin Kelly Henry and Glenn Katon remain as counsel for Plaintiff.

Respectfully Submitted,

**HELM LAW OFFICE, PC**

Dated: January 14, 2019

*/s/ T. Kennedy Helm, IV*

T. KENNEDY HELM, IV
ATTORNEYS FOR PLAINTIFF
SCANVINSKI JEROME HYMES