Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

Caitlin Kelly Henry SBN 287949
ATTORNEY AT LAW
1201 Martin Luther King Jr. Way
Suite 200
Oakland, CA 94612
ckh@caitlinkellyhenry.com
(510) 277-2025

ATTORNEYS FOR PLAINTIFF
SCANVINSKI JEROME HYMES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>Plaintiff,<br><br>v.<br><br>SERGEANT MILTON BLISS, et al.,<br><br>Defendants. | Case No.  3:16-cv-04288-JSC<br><br>**STIPULATED BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' RULE 50 MOTION** |

Pursuant to the Court's February 1, 2019 Order Granting Administrative Motion (Dkt 247), the parties submit this stipulated schedule for briefing and hearing on Defendants' Amended Rule 50(b) Motion (Dkt 251) ("the Motion"), as follows:

1. Plaintiffs will file their Opposition to the Motion no later than February 25, 2019, at 12:00 p.m.;

2. Defendants will file their Reply in support of the Motion no later than March 14, 2019;

3. The Motion will be heard on March 28, 2019, at 9:00 a.m.

Respectfully submitted,

/s/ Glenn Katon
Glenn Katon

/s/ Caitlin Kelly Henry
Caitlin Kelly Henry

ATTORNEYS FOR PLAINTIFF

Respectfully submitted,

/s/ Renee Rosenblitt
Renee Rosenblitt

ATTORNEY FOR DEFENDANT

## ORDER ON STIPULATION

The Court approves the parties' Stipulated Briefing and Hearing Schedule For Defendants' Rule 50 Motion, above.

IT IS SO ORDERED.

Dated: February  8  , ~~2017~~  2019

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE