KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
PHILIP J. TASSIN - # 287787
ptassin@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff
SCANVINSKI JEROME HYMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCANVINSKI JEROME HYMES,<br><br>     Plaintiff,<br><br>  v.<br><br>MILTON BLISS, et al,<br><br>     Defendants. | Case No. 3:16-cv-04288-JSC<br><br>**JOINT STATUS REPORT**<br><br>Ctrm:   D, 15th Floor<br>Judge:  Magistrate Judge<br>              Jacqueline Scott Corley<br><br>Date Filed:  July 28, 2016 |

The parties submit this joint status report according to the Court's August 22, 2019 order (Dkt. 282).  The parties have conferred, and Plaintiff intends to execute the Full and Final Release proposed by the City and County of San Francisco, as modified on August 22, 2019.

Dated:  August 30, 2019                         KEKER, VAN NEST & PETERS LLP

                                          By:   */s/ Philip J. Tassin*
                                                  STEVEN P. RAGLAND
                                                  PHILIP J. TASSIN
                                                  SOPHIE HOOD

                                                  Attorneys for Plaintiff
                                                  SCANVINSKI JEROME HYMES


Dated:  August 30, 2019                         DENNIS J. HERRERA
                                                  City Attorney
                                                  CHERYL ADAMS
                                                  Chief Trial Deputy
                                                  RENÉE E. ROSENBLIT
                                                  SABRINA M. BERDUX
                                                  Deputy City Attorneys


                                          By:   */s/ Renee E. Rosenblit*
                                                  RENÉE E. ROSENBLIT

                                                  Attorneys for Defendants
                                                  MILTON BLISS, et al.


## CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, Philip J. Tassin, am the ECF user whose ID and password are being used to file this Joint Status Report.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

                                                                         */s/ Philip J. Tassin*
                                                                         PHILIP J. TASSIN